No. 72–533. LUTTRELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–544. BOARD OF EDUCATION OF OKLAHOMA CITY PUBLIC SCHOOLS ET AL. *v.* DOWELL. C. A. 10th Cir. Certiorari denied.

No. 72–547. LESKIW ET AL. *v.* LOCAL 1470, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO–CLC, ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–548. MICHAEL *v.* GOMES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–551. DALY ET AL. *v.* McCARTHY, CLERK, SUPREME COURT OF MINNESOTA, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 72–554. MIMS ET AL. *v.* YARBOROUGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–556. SID HARVEY, INC., ET AL. *v.* LOCAL 810, STEEL, METALS, ALLOYS & HARDWARE FABRICATORS & WAREHOUSEMEN, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–561. FLORIDA VANDERBILT DEVELOPMENT CORP., FORMERLY FLORIDA REALTY CO., ET AL. *v.* CHANDLER LEASING DIVISION, PEPSICO SERVICE INDUSTRIES LEASING CORP. C. A. 5th Cir. Certiorari denied.

No. 72–563. McKY *v.* UNION BANK & TRUST COMPANY OF HELENA, MONTANA, EXECUTOR. C. A. 7th Cir. Certiorari denied.